# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Michelle Simmons        **Repayment Agreement and Order**        No: 4:15-CR-00057-001

On June 21, 2016, Michelle Simmons was sentenced to 51 months imprisonment followed by a 36 month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Simmons. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.      As a result of the judgment entered against me on June 21, 2016, I have been ordered to pay a total restitution of $419,139.00 and a special assessment of $300.00.  My special assessment has been paid in full.

2.      On March 16, 2020, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on July 9, 2018. The current balance of my restitution is $418,407.78.

3.      After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties.  Beginning on the 1st day of May, 2020, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

Michelle Simmons, Supervised Releasee                                              Date

_____        April 15, 2020
Jeannie P. Grizzard, Drug & Alcohol Treatment Specialist                 Date

_____        4-15-2020
                    Assistant U.S. Attorney                                                    Date

---

**THE COURT ORDERS:**

X☒ Approval    ☐ Disapproval

**s/**    Clay D. Land
_____
Clay D. Land
Chief U.S. District Judge
Date **4/28/2020**