✎GAM 35            **Report and Order Terminating Probation**
(Rev. 2/06)            **Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 4:15-CR-57-001 |
| **MICHELLE SIMMONS** | |

On March 16, 2020, the defendant was released on supervised release. Since this date, Michelle Simmons has complied with the rules and regulations of probation, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Michelle Simmons be discharged from supervision.

Respectfully submitted,

*/s/ James C. Ham*

James C. Ham
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the person under supervision be discharged from supervision and that the proceedings in the case be terminated.

Dated this  31st  day of  August , 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE